IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 4:16CR40017-001

JEREMY PAUL MAY

**FINAL ORDER OF FORFEITURE**

On June 21, 2018, the Court entered an Amended Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 17). In the Amended Preliminary Order of Forfeiture

a. A Derringer, F.I.E. Model D38 with double barrel, .38 Special serial number 0007009; and
b. Any ammunition involved in Count 9

were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 11, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was August 21, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 21, 2018, shall become final at this time.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Aug 22, 2018

OFFICE OF THE CLERK